IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SATYA BANDHU ARYA                    :
                                     :    CIVIL ACTION
          Plaintiff,                 :    NO. 15-4362
                                     :
     v.                              :
                                     :
PROVIDENT LIFE AND ACCIDENT          :
INSURANCE COMPANY                    :
                                     :
          Defendant.                 :

**O R D E R**

**AND NOW** this **21st** day of **September, 2018,** upon

consideration of Defendant Provident Life and Accident Insurance

Company's Motion for Summary Judgment (ECF No. 46), and the

response and reply thereto (ECF No. 49 & 51-1), and for the

reasons stated in the accompanying memorandum, it is hereby

**ORDERED** that:

     1.   Defendant's motion for leave to file a reply (ECF

No. 51) is **GRANTED;** and

     2.   Defendant's motion for summary judgment (ECF No.

46) is **GRANTED.**


          **AND IT IS SO ORDERED.**



                         **/s/ Eduardo C. Robreno**
                         **EDUARDO C. ROBRENO,  J.**